1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorney for Plaintiff MARSHALL LOSKOT

6

7               UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9

10  MARSHALL LOSKOT, an individual,      )   **CASE NO. CV-09-4194-SBA**
                                         )
11       Plaintiff,                      )   **STIPULATION RE EXTENSION OF TIME**
                                         )   **FOR DEFENDANTS TO ANSWER**
12                                       )   **PLAINTIFF'S COMPLAINT;**
    v.                                   )   **CONTINUING DEADLINE FOR THE**
13                                       )   **PARTIES TO CONDUCT THE JOINT**
    BRAVO PIZZA and RESTAURANT, a.k.a.,) **SITE INSPECTION AND [PROPOSED]**
14  RUDOLPH D. SANTINI, TRUSTEE OF       )   **ORDER THEREON**
    THE SANTINI EXCLUSION TRUST;         )
15  IOLE SARI and CLORINDA M.            )
    ORLOVICH, TRUSTEES OF THE            )
16  SANTINI SURVIVORS TRUST; and         )
    ROSALIND D. BASTIAN, TRUSTEE OF      )
17  THE ROSALIND D. BASTIAN              )
    REVOCABLE TRUST OF 2005,             )
18                                       )
         Defendants.                     )
19  _____ )

20

21       Plaintiff MARSHALL LOSKOT and defendants RUDOLPH D. SANTINI, TRUSTEE

22  OF THE SANTINI EXCLUSION TRUST; IOLE SARI and CLORINDA M. ORLOVICH,

23  TRUSTEES OF THE SANTINI SURVIVORS TRUST; and ROSALIND D. BASTIAN,

24  TRUSTEE OF THE ROSALIND D. BASTIAN REVOCABLE TRUST OF 2005, by and

25  through their respective counsel, respectfully request and stipulate, as follows:

26  ///

27  ///

28  ///

STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT; CONTINUING
DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON

1

1.    **Whereas**, defendants RUDOLPH D. SANTINI, TRUSTEE OF THE SANTINI EXCLUSION TRUST; IOLE SARI and CLORINDA M. ORLOVICH, TRUSTEES OF THE SANTINI SURVIVORS TRUST; and ROSALIND D. BASTIAN, TRUSTEE OF THE ROSALIND D. BASTIAN REVOCABLE TRUST OF 2005, have not responded to plaintiff's complaint;

2.    **Whereas**, there were some issues with serving defendants, which has now been resolved;

3.    **Whereas**, the defendants have retained counsel;

4.    **Whereas,** defendants IOLE SARI and CLORINDA M. ORLOVICH, TRUSTEES OF THE SANTINI SURVIVORS TRUST; and ROSALIND D. BASTIAN, TRUSTEE OF THE ROSALIND D. BASTIAN REVOCABLE TRUST OF 2005, due to age and health issues, defendants have requested and plaintiff has agreed to stipulate that defendant RUDOLPH D. SANTINI, TRUSTEE OF THE SANTINI EXCLUSION TRUST, be the participating party and act on behalf of all defendants in this matter;

5.    **Whereas**, defendant RUDOLPH D. SANTINI, TRUSTEE OF THE SANITIN EXCLUSION TRUST, has agreed to and stipulated to be the representative for defendants IOLE SARI and CLORINDA M. ORLOVICH, TRUSTEES OF THE SANTINI SURVIVORS TRUST; and ROSALIND D. BASTIAN, TRUSTEE OF THE ROSALIND D. BASTIAN REVOCABLE TRUST OF 2005;

6.    **Whereas**, defendants IOLE SARI and CLORINDA M. ORLOVICH, TRUSTEES OF THE SANTINI SURVIVORS TRUST; and ROSALIND D. BASTIAN, TRUSTEE OF THE ROSALIND D. BASTIAN REVOCABLE TRUST OF 2005, have agreed to and stipulated to be jointly and severally liable for any sum or sum(s) that defendant RUDOLPH D. SANTINI, TRUSTEE OF THE SANITIN EXLUCSINION TRUST agrees to or becomes obligated to pay;

///

///

///

STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT; CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON

2

1    7.    **Whereas**, plaintiff has agreed to and stipulated to dismiss defendants IOLE SARI

2    and CLORINDA M. ORLOVICH, TRUSTEES OF THE SANTINI SURVIVORS TRUST; and

3    ROSALIND D. BASTIAN, TRUSTEE OF THE ROSALIND D. BASTIAN REVOCABLE

4    TRUST OF 2005, in exchange for their stipulation to be obligated for any money defendant

5    RUDOLPH D. SANTINI, TRUSTEE OF THE SANTINI EXCLUSION TRUST, becomes

6    obligated to pay and/or agrees to pay;

7    8.    **Whereas**, due to service issues, health conditions and ages of

8    defendants IOLE SARI and CLORINDA M. ORLOVICH, TRUSTEES OF THE SANTINI

9    SURVIVORS TRUST; and ROSALIND D. BASTIAN, TRUSTEE OF THE ROSALIND D.

10   BASTIAN REVOCABLE TRUST OF 2005, defense counsel could not prepare a responsive

11   pleading and therefore, parties were unable to conduct the joint site inspection of the premises on

12   December 21, 2009, as Ordered by General Order 56, ¶3,4; and

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT; CONTINUING
DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON**

3

1    9.    **Whereas**, in light of the above, the parties, hereto agree, stipulate and respectfully

2    request that defendant RUDOLPH D. SANTINI, TRUSTEE OF THE SANTINI EXCLUSION

3    TRUST be granted up to and including February 8, 2010, to file an answer to the complaint and

4    the last day for the parties and counsel to conduct the joint inspection of the premises pursuant to

5    General Order 56, by and including March 18, 2010.

6    Respectfully submitted,

7

8    Dated: January 28, 2010                THOMAS E. FRANKOVICH, ESQ.

9                                           *A PROFESSIONAL LAW CORPORATION*

10

11                                          By: _____/s/_____

12                                               Thomas E. Frankovich
                                            Attorney for Plaintiff MARSHALL LOSKOT, an

13                                          individual

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT; CONTINUING
DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON**

1 | Dated: *February 3*, 2010          L. JAY PEDERSEN, ESQ.,

2 | Bledsoe, Cathcart, Diestel, Pedersen & Treppa LLP

3 |

4 | By: _____

5 | L. Jay Pedersen

6 | Attorneys for Defendants RUDOLPH D. SANTINI,

7 | TRUSTEE OF THE SANTINI EXCLUSION TRUST;

8 | IOLE SARI and CLORINDA M. ORLOVICH,

9 | TRUSTEES OF THE SANTINI SURVIVORS TRUST;

10 | and ROSALIND D. BASTIAN, TRUSTEE OF THE

11 | ROSALIND D. BASTIAN REVOCABLE TRUST OF

12 | 2005

## ORDER

13 |

**IT IS SO ORDERED** that the last day for defendant RUDOLPH D. SANTINI,

14 |

TRUSTEE OF THE SANTINI EXCLUSION TRUST to answer plaintiff's complaint is up to

15 |

and including February 8, 2010.  The last day for the parties and counsel to conduct the General

16 |

Order 56 site inspection of the premises is up to and including March 18, 2010.

17 |

18 |

19 | Dated: __2/5_____, 2010    _____

20 | HONORABLE SAUNDRA B. ARMSTRONG

21 | United States District Judge

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT; CONTINUING
DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON

5

1    **CERTIFICATE OR PROOF OF SERVICE**

2    State of California      )
                             ) ss
3    County of Marin         )

4         I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United
     States, over the age of eighteen (18) years and not a party to the within action or proceeding; that
5    my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below
     date, following normal business practice, I served the foregoing document, described as:
6
     **STIPULATION RE EXTENSION OF TIME FOR DEFENDANTS TO ANSWER**
7    **PLAINTIFF'S COMPLAINT; CONTINUING DEADLINE FOR THE PARTIES TO**
     **CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON**
8
     on the interested parties in this action, conveyed as follows:
9
     ☒    by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon
10        fully prepaid:
              ☒    in first class U.S. Mail
11            in ___ priority or ___standard overnight mail via Federal Express.

12        I am readily familiar with this office's practice for collection and processing of
     correspondence for mailing with the United States Postal Service or Federal Express.  In
13   the ordinary course of business, correspondence, including said envelope, will be
     deposited with the United States Postal Service or Federal Express in San Francisco.
14

15   addressed to:

16   **L. Jay Pedersen**
     **Bledsoe, Cathcart, Diestel, Pedersen &**
17   **Treppa LLP**
     **601 California Street, 16th Fl.**
18   **San Francisco, CA 94108**

19
          I declare under penalty of perjury under the laws of the State of California that I am
20   employed in the office of a member of the bar of this court at whose direction the service was
     made, and that the foregoing is true and correct.  Executed this February 4, 2010 at San Rafael,
21   California.

22

23   Armetrice Cooper
     (Original signed)
24

25

26

27

28